No. 88–1040.  MANCINONE *v.* CONNECTICUT.  App. Ct. Conn. Certiorari denied. ▮

No. 88–1041.  HUNTZINGER *v.* MARSH, SECRETARY OF THE ARMY, ET AL.  C. A. 4th Cir.  Certiorari denied. ▮

No. 88–1045.  WILLIAMS *v.* ATTORNEY GENERAL OF PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 88–1046.  TORRES ET AL. *v.* WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES ET AL.  C. A. 7th Cir.  Certiorari denied. ▮

No. 88–1047.  BECHTEL CONSTRUCTION, INC. *v.* LABORERS DISTRICT COUNCIL ET AL.  C. A. 3d Cir.  Certiorari denied. ▮

No. 88–1050.  APPLEGATE ET VIR *v.* CALIFORNIA ET AL.; and
No. 88–1054.  CALIFORNIA *v.* FREEMAN.  Sup. Ct. Cal.  Certiorari denied.  Reported below: 46 Cal. 3d 419, 758 P. 2d 1128.

No. 88–1051.  JACKS *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied. ▮

No. 88–1057.  NEC AMERICA, INC. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied. ▮

No. 88–1058.  TREEBY ET AL. *v.* GORMAN ET AL.; and
No. 88–1080.  SWAGGART ET AL. *v.* ADLER, TRUSTEE IN BANKRUPTCY, ET AL.  Ct. App. La., 4th Cir.  Certiorari denied. Reported below: 524 So. 2d 915.

No. 88–1060.  POWERS *v.* BOARD OF COUNTY COMMISSIONERS OF KINGMAN COUNTY, KANSAS, ET AL.  Ct. App. Kan.  Certiorari denied. ▮

No. 88–1061.  HAMMOND *v.* AUBURN UNIVERSITY ET AL. C. A. 11th Cir.  Certiorari denied. ▮

No. 88–1065.  PATTERSON *v.* ATLANTA BAR ASSN. ET AL. Sup. Ct. Ga.  Certiorari denied. ▮